```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :

        - v -                   :      NOTICE OF INTENT TO
                                       FILE AN INFORMATION
RYAN O'CONNOR,                  :

            Defendant.          :

- - - - - - - - - - - - - - - x
```

*Batts, J.*

**07 CRIM. 323**

*JUDGE BATTS*

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         April 16, 2007

>                           MICHAEL J. GARCIA
>                           United States Attorney
>
>
>                    By:    _____
>                           Jeffrey A. Brown
>                           Assistant United States Attorney
>
>
>                    AGREED AND CONSENTED TO:
>
>                    By:    _____
>                           George Goltzer
>                           Attorney for Ryan O'Connor

APR 16 2007