**JUDGE BATTS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :     INFORMATION

   - v. -                              :     **07 CRIM 323**

RYAN O'CONNOR,                        :

           Defendant.              :

- - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

1. On or about February 24, 2005, in the Southern District of New York, RYAN O'CONNOR, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did conspire, confederate and agree together and with each other to violate Title 18, United States Code, Section 1957.

2. It was a part and an object of the conspiracy that RYAN O'CONNOR, the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, engaged in, and attempted to engage in, a monetary transaction in criminally derived property of a value greater than $10,000 derived from a specified unlawful activity, to wit, marijuana trafficking, in violation of Title 18, United States Code Section 1957.

(Title 18 United States Code Section 1956(h).)

**FORFEITURE ALLEGATION**

3.  As a result of the money laundering offense in violation of Title 18, United States Code, Section 1956, alleged in Count One of this Information, RYAN O'CONNOR, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982, all property, real and personal, involved in the money laundering offense and all property traceable to such property, including but not limited to a sum of money equal to $300,000 in United States currency, in that such sum in aggregate is property which was involved in the money laundering offense or is traceable to such property.

**Substitute Asset Provision**

4.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18,

United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

      (Title 18, United States Code, Section 982.)

                                                     MICHAEL J. GARCIA
                                                     United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v -

RYAN O'CONNOR,

Defendant.

---

**INFORMATION**

07 Cr.

(18 U.S.C. § 1956(h).)

MICHAEL J. GARCIA
United States Attorney.

---

RC 4/18/07 Def. Johandy Colon present w/ counsel Michael Schwed. John Jack present for the gov't. Def Colon waives indictment and is arraigned. Def enters a plea of not guilty. The defendant remains detained. Conf. control date set for 5/17/07, time excluded until 5/17/07 in the interest of justice.

F. Maas, USMJ