MEMO ENDORSED

# GEORGE ROBERT GOLTZER

ATTORNEY AT LAW
200 WEST 57TH STREET
SUITE 900
NEW YORK, NEW YORK 10019

TEL: 212-608-1260
FAX: 212-980-2968
george@goltzer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 23, 2007



May 17, 2007

Hon. Deborah A. Batts
U.S. District Judge
Southern District of N.Y.
500 Pearl Street
New York, NY 10007

Re: *United States v. Ryan O'Connor;* 07 Cr. 323 (DAB)

Dear Judge Batts:

    Please accept this letter as an application, upon the consent of Assistant U.S. Attorney Jeffrey Brown, to adjourn the May 29, 2007 conference to August 6, 2007 at ten thirty in the forenoon, the date suggested by Your Honor's Deputy, Mr. Delaney.

    With the gracious consent and cooperation of the prosecutors, Mr. O'Connor has been permitted to reside in London, England so that he may conclude his university studies. He has been arraigned upon the indictment and returned to England for his final semester. He will conclude his studies and a week with his family at the end of July, 2007. Mr. Brown and I are resolving discovery issues and I anticipate no motions in the case. I also hope that our negotiations, which are ongoing, will result in a disposition short of trial. I do believe that the time requested will facilitate the ongoing discovery, negotiations, and resolution of the case. I of course consent to the exclusion of time pursuant to 18 U.S.C. § 3161 as necessary to complete the aforementioned processes.

    Thank you for your consideration of this matter. If this application is agreeable, may I request that this letter be endorsed and returned to me at your convenience. I remain

Respectfully,

George R. Goltzer

/DAB/ GRANTED 05/23/0

/DAB/ GRANTED 05/23/0

cc: Jeffrey Brown, Esq.
    Assistant U.S. Attorney

GRG/ms

SO ORDERED
Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED