**George Robert Goltzer**
**Attorney At Law**
200 West 57th Street
Suite 900
New York, NY 10019

Tel. (212) 608-1260
Fax (212) 980-2968
george@goltzer.com

August 13, 2008

Hon. Deborah A. Batts
U.S. District Judge
Southern District of N.Y.
U.S. Courthouse
500 Pearl Street
New York, NY 10007



Re: *U.S. v. Ryan O'Connor*
07 Cr 323 (DAB)

Dear Judge Batts:

Please accept this letter as an application, upon the consent of Assistant U.S. Attorney Jeffery Brown, permit Mr. O'Connor to travel to and remain in Florida from August 20, thru August 24, 2008.

*[Handwritten endorsement: /DAB/ Granted August 19, 2008]*

Mr. O'Connor would stay with his parents at 1228 George Bush Boulevard, Delray Beach, FL 33483-7200.

Thank you for your consideration of this matter. If this application is agreeable, may I impose upon Your Honor to endorse this letter and have it returned to me. I remain

Respectfully,

George R. Goltzer

cc: AUSA Jeffrey Brown
    Via electronic mail

GRG/ms

**SO ORDERED**

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE