GEORGE ROBERT GOLTZER
ATTORNEY AT LAW
200 WEST 57TH STREET
SUITE 900
NEW YORK, NEW YORK 10019

TEL: 212-608-1260
FAX: 212-980-2968
george@goltzer.com

8/27/2008

August 26, 2008

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *U.S. v. Ryan O'Connor*
           07 Cr 323 (DAB)

Dear Judge Batts:

    Please accept this letter as an application, upon the consent of Assistant U.S. Attorney Jeffrey Brown, to permit Mr. O'Connor to travel to and remain in Florida from August 27, thru September 1, 2008.

    Mr. O'Connor would stay with his parents at 1228 George Bush Boulevard, Delray Beach, Florida 33483-7200.

    Thank you for your consideration of this matter. If this application is agreeable, may I impose upon Your Honor to endorse this letter and have it returned to me. I remain

Respectfully,

George R. Goltzer

GRG/tp

cc: Jeffrey Brown, Esq.
    Assistant U.S. Attorney

MEMO ENDORSED

granted
DAB
8/26/08

SO ORDERED

Deborah A. Batts  8/26/08
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE